IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-21-M-KLD |
| A Storage Unit Located at 240 Glacier Mountain Lane, Unit C, Bozeman, Montana | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of June, 2020.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1