IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-21-M-KLD |
| A Storage Unit Located at 240 Glacier Mountain Lane, Unit C, Bozeman, Montana | ORDER |

Based on the motion of the United States and good cause appearing,

IT IS ORDERED that CM/ECF Documents 3, 4, 5, and 6 in this case are UNSEALED for the limited purpose of use by the parties in *Holscher v. Deurmeier et al.*, CV–20–67–GF–BMM–JTJ, in furtherance of the claims and defenses in that case. Use beyond this purpose is prohibited.

DATED this 19th day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1